EDMUND J. ROBBINS, Respondent, v. JOHN L. ABREW and Others, Defendants, and BARNEY DAVIS and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

EDWARD SAYEGH, Stockholder in MARTEL MOTORS, INC., on Behalf of Himself and Other Stockholders Similarly Situated, and on Behalf of Said MARTEL MOTORS, INC., Respondent, v. CHARLES L. MARTEL and MARTEL MOTORS, INC., a Domestic Corporation, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

CHARLES ALTSTADT, Respondent, v. BERGLJOT PETERSON and EDWARD OSWALD, Appellants.— Judgment of the County Court of Nassau county in favor of the plaintiff in an action in negligence, arising out of a collision between two automobiles, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

AMERICAN BULB COMPANY, INC., ROMAN J. IRWIN, INC., SIGMUND KAHN, and VAUGHAN'S SEED STORE, INC., Appellants, v. WILLIAM SPIWAK and SOPHIE SPIWAK, Defendants, and POSWIL REALTY CORPORATION, Respondent. CHARLES NIEMANN, Appellant, v. WILLIAM SPIWAK and SOPHIE SPIWAK, Defendants, and POSWIL REALTY CORPORATION, Respondent.— Separate actions by the creditors of William Spiwak to recover money judgments and to have set aside an alleged fraudulent conveyance. The first action having been tried, it was stipulated that the evidence taken thereon and the findings of fact, conclusions of law, decision and judgment should be binding on the issues in the other action. Judgments in favor of defendant Poswil Realty Corporation were rendered in each action, and from those judgments the respective plaintiffs appeal. Pursuant to stipulation, the appeals were heard on the one record. Judgments in each action in favor of defendant Poswil Realty Corporation and against the respective plaintiffs reversed on the law, with costs, and judgment in each action directed in favor of the respective plaintiffs and against defendant Poswil Realty Corporation, with costs. The finding that the conveyance was not fraudulent is contrary to the evidence. Findings of fact and conclusions of law inconsistent with this decision are reversed and new findings and conclusions will be made. Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ., concur. Settle order on notice. [156 Misc. 614.]

ARCEY HOLDING CORPORATION, Appellant, v. REUBEN COHEN and SIDNEY COHEN, Respondents, and Others, Defendants.— Action to set aside a deed the execution of which is alleged to have been procured by fraud. Judgment for the defendants-respondents unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.